FILED
JUL 27 2022 eu
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN INFANTE | Case No. **22 CR 0304**<br><br>Violations: Title 18, United States Code, Sections 922(g)(1) and 922(o)(1)<br><br>**JUDGE KENNELLY**<br><br>**MAGISTRATE JUDGE WEISMAN** |

### COUNT ONE

The SPECIAL APRIL 2021 GRAND JURY charges:

On or about March 10, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

JUAN INFANTE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely a Glock pistol, bearing serial number EBN916US on the frame and serial number HWU875 on the slide, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about March 10, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

JUAN INFANTE,

defendant herein, did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely a Glock pistol, bearing serial number EBN916US on the frame and serial number HWU875 on the slide, which had been converted to shoot automatically more than one shot with a single function of the trigger, and a conversion device, also known as a "Glock switch," a part designed solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT THREE

The SPECIAL APRIL 2021 GRAND JURY charges:

On or about May 25, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

JUAN INFANTE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely an Intratec pistol model Tec-9, 9-millimeter luger caliber, bearing serial number 46716, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The SPECIAL APRIL 2021 GRAND JURY charges:

On or about May 26, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

JUAN INFANTE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely a Glock pistol, bearing serial number BHTA910 on the frame and serial number BSRH169 on the slide, and a Glock pistol, model 20, 10-millimeter auto caliber, bearing serial number BNAT3651, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about May 26, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

JUAN INFANTE,

defendant herein, did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely a Glock pistol, bearing serial number BHTA910 on the frame and serial number BSRH169 on the slide, which had been converted to shoot automatically more than one shot with a single function of the trigger, and a conversion device, also known as a "Glock switch," a part designed solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## FORFEITURE ALLEGATIONS

The SPECIAL APRIL 2021 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in Counts One, Three, and Four of this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes:

    a. A Glock pistol, bearing serial number EBN916US on the frame and serial number HWU875 on the slide, and associated ammunition.

    b. An Intratec pistol model Tec-9, 9-millimeter luger caliber, bearing serial number 46716, and associated ammunition.

    c. A Glock pistol, bearing serial number BHTA910 on the frame and serial number BSRH169 on the slide, and associated ammunition.

    d. A Glock pistol, model 20, 10-millimeter auto caliber, bearing serial number BNAT3651, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
Sarah E. Streicker on behalf of the
UNITED STATES ATTORNEY